UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

vs.                                                                    CASE NUMBER: 8:06-cr-265-T-MSS

CALFUS W. DRUMMOND
_____/

ORDER REVOKING SUPERVISED RELEASE
AND
JUDGMENT AND COMMITMENT

Pursuant to notice, a Final Revocation of Supervised Release hearing was held in open court on September 6, 2006. The defendant appeared with counsel, Frank Zaremba. Also present was the Probation Officer Gerri Cotter and Assistant United States Attorney Patricia Kerwin.

At the hearing, the defendant knowingly, intelligently and voluntarily admitted the allegation of paragraph eight of the petition of violation of supervised release: Failure to notify the probation officer within seventy-two hours after being arrested or questioned by a law enforcement officer. The Court, therefore, **FINDS** that the defendant has substantially and materiably violated the terms and conditions of his supervised release and that there is just cause for revocation of defendant's supervised release. It is, therefore, **ORDERED AND ADJUDGED:**

1.   The Judgment of Supervised Release entered herein on November 16, 2005, in the United States District Court, Eastern District of North Carolina, as to the above-named defendant is hereby **REVOKED.**

2.  The defendant, Calfus W. Drummond, is hereby committed to the custody of the Bureau of Prisons for imprisonment for a period of 36 Days with 19 days credit for time served. Pursuant to this directive the Defendant's incarceration should be terminated on September 22, 2006.

3.  All remaining terms of the prior judgment are by this Order deemed satisfied.

4.  No Further supervision will follow the term of incarceration imposed by this Order.

**DONE AND ORDERED.** At Tampa, Florida, this 6th day of September, 2006.

MARY S. SCRIVEN
United States Magistrate Judge

cc:  U.S. Attorney - Patrica Kerwin
     Defense Counsel - Frank Zaramba
     Defendant - c/o Counsel
     U.S. Marshal
     U.S. Bureau of Prisons
     U.S. Probation

2